IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| Elda G. LOPEZ, Josette FLORES, Yvonne GARZA, Yvonne GARCIA, Aniza LOPEZ, Carlos LOPEZ, Joe LOPEZ, Jr., Pat LOPEZ, Orlando LOPEZ, and Lizette SANCHEZ, each individually and as representatives of and as heirs of the Estate of Jose Angel LOPEZ, deceased,<br><br>*plaintiffs,*<br><br>v.<br><br>**TRANSPORTES JAVIER CANTU BARRAGAN** and Victor Hugo **BECERRA TORRES**,<br><br>*defendants* | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 5:18-CV-00046<br><br><br>JURY DEMANDED |

**PLAINTIFFS' FIRST AMENDED ORIGINAL COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

**- INTRODUCTION -**

**1.** This is an action for money damages arising out of a fatal vehicle crash that occurred on March 16, 2018, in Webb County, Texas. Plaintiffs are the widow and surviving children of the decedent, who was killed when his vehicle was struck by a semi-truck. Defendants are the truck driver and the trucking company that employed him and owned the truck and trailer that he was driving when the crash occurred.

---

**EXHIBIT A**

## - PARTIES -

### *Plaintiffs*

2.  Plaintiff Elda G. Lopez is an adult resident of Webb County, Texas. At all times relevant herein, Mrs. Lopez was married to Jose Angel Lopez, who died intestate in Webb County on March 16, 2018. Mrs. Lopez sues individually for the wrongful death of her husband. In addition, as representative of her husband's Estate, she brings a survival action for such Estate's damages that accrued prior to and following the death of her husband. No administration of the Estate is pending and none is necessary.

3.  Plaintiffs Josette Flores, Yvonne Garza, Yvette Garcia, Aniza Lopez, Carlos Lopez, Joe Lopez, Jr., Pat Lopez, and Lizette Sanchez are adult residents of the State of Texas. Plaintiff Orlando Lopez is an adult resident of the State of Colorado. Each is a child of Jose Angel Lopez and Plaintiff Elda G. Lopez, and each sues individually for the wrongful death of their father.

### *Defendants*

4.  Defendant Transportes Javier Cantu Barragan ("Transportes") is a commercial motor carrier registered with the Federal Motor Carrier Safety Administration. Transportes does business in Texas, and has appeared in this action. Therefore, no further service of process is necessary.

5.  Defendant Victor Hugo Becerra Torres ("Torres") is a resident of Mexico. Torres has appeared in this action. Therefore, no further service of process is necessary.

## - JURISDICTION AND VENUE -

**6.** Plaintiffs Elda G. Lopez and Josette Flores originally filed this lawsuit in state (Texas) district court in Webb County, Texas. Pursuant to 28 U.S.C. §1441(b), Defendants removed the case to this Court. Plaintiffs agree with Defendants that this Court has diversity jurisdiction under 28 U.S.C. §1332(a).

**7.** Venue is proper in the Southern District of Texas because a substantial part of the events or omissions giving rise to Plaintiffs' claim occurred in this District. 28 U.S.C. §1391(b)(2).

## - FACTS -

**8.** Transportes is a commercial motor carrier that is licensed by and registered with the Federal Motor Carrier Safety Administration. Prior to March 16, 2018, Transportes hired, qualified, and retained Torres as a truck driver and, at all times relevant herein, so employed him. Transportes then entrusted Torres with one of its tractors and trailers (collectively, the "Transportes Truck").

**9.** On or about March 16, 2018, while driving the Transportes Truck in the scope of his employment by Transportes and in furtherance of Transportes' business, Torres failed to control his speed and failed to take reasonable evasive action and crashed the Transportes Truck into a vehicle being driven by Jose Angel Flores. Mr. Flores died as a result of injuries sustained in the crash.

## - DAMAGES -

10. All of the Plaintiffs seek wrongful death damages, including (1) past and future loss of care, maintenance, support, services, advice, counsel, and reasonable contributions of a pecuniary value that they would have received from Mr. Lopez had he lived, past and future loss of companionship and society, and (3) past and future mental anguish. In addition, as representative of her husband's Estate, Plaintiff Elda G. Lopez seeks actual damages for his conscious pain and suffering before death, and burial costs.

## - CAUSES OF ACTION -

### negligence

11. Torres' conduct in failing to control the speed of the Transportes Truck and failing to take reasonable evasive action, resulting in the crash with Mr. Lopez's vehicle, constitutes negligence under Texas law that proximately caused Plaintiffs' damages. As such, Torres is liable to Plaintiffs for those damages.

12. Transportes was negligent with respect to its hiring, supervising, and training of Torres. Such negligence is actionable under Texas law and proximately caused Plaintiffs' damages, for which damages Transportes is liable to Plaintiffs.

### vicarious liability - *respondeat superior*

13. Torres' conduct, while operating the Transportes Truck, in failing to control his speed and failing to take reasonable evasive action constitutes negligence under Texas law that proximately caused Plaintiffs' damages. Such conduct also was done while Torres

was acting in the scope of his employment by Transportes and in furtherance of Transportes' business. Therefore, under the doctrine of *respondeat superior*, Transportes is liable to Plaintiffs for their damages.

### - REQUEST FOR RELIEF -

14. Plaintiffs request that they have judgement against Defendants, jointly and severally, in an amount in excess of $1,000,000.00 for all of their above-described actual damages, including all lawful pre-judgment and post-judgment interest at the maximum legal rate and costs of court. Plaintiffs further request all other relief, at law or in equity, to which they may show themselves to be justly entitled.

Respectfully submitted,

Jody R. Mask
State Bar of Texas No. 24010214
S.D. Tex. No. 23909
**MASK & GUERRERO**
3900 N. 10th Street, Suite 850
McAllen, TX 78501
Tel. No.: 956/524-4040
Fax No.: 956/322-4113
E-Mail: jody@masklaw.com

By: _____
     Jody R. Mask

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

Alberto L. Guerrero
State Bar of Texas No. 00790800
S.D. Tex. No. 18090
**MASK & GUERRERO**
3900 N. 10th Street, Suite 850
McAllen, TX 78501
Tel. No.: 956/524-4040
Fax No.: 956/322-4113
E-Mail: beto@masklaw.com


Michael J. Blanchard
State Bar of Texas No. 24036231
**BLANCHARD LAW FIRM**
8000 IH-10 West, Suite 1500
San Antonio, TX 78230
Tel. No.: 210/910-6684
Fax No.: 210/910-6577
E-Mail: michael@blanchardfirm.com

**OF COUNSEL TO PLAINTIFFS**

## CERTIFICATE OF SERVICE

On August 28, 2018, a copy of this document was sent to the following:

Mr. Anthony B. James
**HODGE & JAMES**
Attorneys at Law
P.O. Box 534329 (78553)
1617 E. Tyler, Suite
Harlingen, TX 78550

*Attorney for Defendants Transportes Javier Cantu Barragan
and Victor Hugo Becerra Torres*

 

**Jody R. Mask**