United States District Court
Southern District of Texas
**ENTERED**
March 08, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| ELDA G LOPEZ, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 5:18-CV-46 |
| § | |
| TRANSPORTES JAVIER CANTU § | |
| BARRAGAN, *et al.*, § | |
| § | |
| Defendants. § | |

## **MEMORANDUM**

Before the Court is the Parties' Agreed Rule 41 Dismissal by Stipulation with Prejudice (Dkt. No. 20). Parties in a civil suit may generally dismiss the suit without a court order upon the filing of a stipulation of dismissal "signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii). This general rule is subject to limitations in class action suits, shareholder derivative suits, and suits where the court has appointed a receiver. *See* FED. R. CIV. P. 41(a). None of those limitations apply here.

Because the filing is signed by all parties who have appeared in this case, all of Plaintiff's claims were dismissed with prejudice "effective upon [the] filing" of the Stipulation. *See Odle v. Flores*, 899 F.3d 344, 353–55 (5th Cir. 2017) ("[S]tipulated dismissals under Rule 41(a)(1)(A) . . . become effective immediately without further court order.").

The Clerk of Court is hereby directed to **CLOSE** this case.

It is so **ORDERED**.

**SIGNED** March 8, 2019.

Marina Garcia Marmolejo
United States District Judge